**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID PHILLIPS,                                    No. C 06-2549 SI

           Plaintiff,                              **JUDGMENT**

   v.

RICHARD BOWLES, et al.,

           Defendants.
_____/

      Plaintiff did not file an amended complaint.  This action is accordingly dismissed, and judgment against plaintiff and in favor of defendants is hereby entered.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: November 21, 2006

                                     _____
                                     SUSAN ILLSTON
                                   United States District Judge