IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIPS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICHARD BOWLES, *et al.*,<br><br>　　　　Defendants. _____/ | No. C 06-2549 SI<br><br>**ORDER VACATING ATTORNEYS' FEES AWARD** |

By memorandum decision filed January 24, 2008, the Ninth Circuit affirmed this Court's dismissal of this action, but reversed the Court's award of attorneys' fees to the judicial defendants. In accordance with the Ninth Circuit's decision, the Court VACATES the portion of the October 30, 2006 order awarding attorneys' fees to the judicial defendants.

**IT IS SO ORDERED.**

Dated: February 1, 2008

　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge